*Mr. L. P. Forestell,* and *Mr. J. B. Roote,* for Respondent.

---

No. 2,068.—STATE OF MONTANA EX REL. JAS. DONOVAN, RELATOR, *v.* T. A. WILLIAMS, RESPONDENT.

Original. *Quo warranto.*

Decided May 10, 1904.

PER CURIAM.—The application heretofore submitted to and by the court taken under advisement, is this day denied.

*Mr. Jas. Donovan,* for Relator.